UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| THOMAS E. PEREZ ) <br> Secretary of Labor, ) <br> United States Department of Labor, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> THE CHILDREN'S PLACE, INC. ) <br> THE CHILDREN'S PLACE, INC. WELFARE ) <br> BENEFIT PLAN, HENDRIK JOHANNES ) <br> LAMPRECHT, ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> THOMAS E. PEREZ, ) <br> Secretary of Labor, ) <br> United States Department of Labor, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> HENDRIK JOHANNES LAMPRECHT, ) <br> ) <br> ) <br> Respondent. ) | FILE NO. <br> 8:14-cv-3236-T-27TGW |

**THE SECRETARY OF LABOR'S**

## PETITION FOR ADJUDICATION IN CIVIL CONTEMPT AS TO HENDRIK JOHANNES LAMPRECHT

Thomas E. Perez, Secretary of Labor, United States Department of Labor ("the Secretary"), petitions this Court to adjudge Defendant Hendrik Johannes Lamprecht ("Respondent" or "Lamprecht") in civil contempt of this Court, and states:

1. On December 30, 2014, the Secretary filed a complaint against Respondent alleging violations of the provisions of Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, et seq., with respect to The Children's Place, Inc. Welfare Benefit Plan ("Plan").

2. On May 31, 2016, the Court signed a Consent Judgement and Order which required Respondent to make restitution payments ("Order"). The Order was entered on June 1, 2016.

3. The Order directed Respondent to make restitution to the Plan in the amount of $20,000.00 in total. Respondent was to make payments on or before May 31, 2016, on or before July 31, 2016, on or before August 31, 2016, and a payment on or before September 30, 2016. The total sum of the $20,000.00 was to be completely paid by Respondent on or before October 31, 2016. A copy of the Order is attached hereto as Exhibit A.

4. Following the entry of the Order, Respondent has failed to remit *any* payment to the Plan.

5. On June 22, 2016 the undersigned counsel for the Secretary emailed Respondent's attorney and inquired about the status of restitution payments.

Respondent's counsel replied to the email on June 23, 2016 and stated that Respondent was experiencing unexpected financial difficulties, but was optimistic that he would soon send payment. Respondent's counsel stated that she would continue to do her best to encourage Respondent to comply with the Order.

6. On August 10, 2016 the undersigned counsel for the Secretary sent Respondent's counsel a letter by U.S. mail and electronic mail, along with a copy to Respondent by U.S. mail, requesting payment and compliance with the Order. The letter explained that if Respondent did not comply with the Order by August 17, 2016, the Secretary would be forced to file a contempt petition. A copy of the letter is attached hereto as Exhibit B.

7. On September 9, 2016, the independent fiduciary for the Plan, appointed pursuant to the Order, contacted the Employee Benefit Security Administration Senior Investigator, Lori A. Summers, to inform her that no restitution payments had been received in connection with the Plan.

8. On September 12, 2016, Respondent's counsel emailed the Secretary's counsel explaining that Respondent had fallen on hard financial times, and wanted to comply with the Order, but did not have money at the time to do so. Counsel for the Respondent stated that she would continue to remind Respondent of his obligations.

9. To date, Respondent has not made any payments, though required to do so pursuant to the Order, or offered or provided any financial documentation

WHEREFORE, the Secretary prays that:

      I.      Respondent be ordered to show cause why he should not be adjudged in civil contempt, and failing therein, to be so adjudged in civil contempt of this Court for his failure and refusal to comply with the Order; and

      II.      Respondent be ordered and directed to pay at once the sum of $20,000.00 to the Plan, plus post-judgment interest thereon in accordance with 28 U.S.C. § 1961 from June 1, 2016 until paid; and

      III.      Respondent be ordered to pay to the Secretary an amount of money sufficient to reimburse him for the reasonable attorneys' fees, costs, and expenses incurred in conjunction with these contempt proceedings; and

      IV.      The Court grant such further relief as necessary and appropriate, until such time as Respondent purges himself of his contempt of this Court by fully complying with the terms of the Order entered on June 1, 2016.

Dated this 11th day of January 2017.

ADDRESS:  
Office of the Solicitor  
U.S. Department of Labor  
61 Forsyth Street, SW  
Room 7T10  
Atlanta, GA 30303  
Telephone: 404-302-5435  
Facsimile: 404-302-5438  
E-mail: yanthis-bailey.yasmin@dol.gov  
      ATL.FEDCOURT@dol.gov

M. PATRICIA SMITH  
Solicitor

STANLEY E. KEEN  
Regional Solicitor

ROBERT M. LEWIS, JR.  
Counsel

By: s/Yasmin Yanthis-Bailey  
    YASMIN YANTHIS-BAILEY  
    Attorney  
    Georgia Bar No. 780202

Attorneys for Plaintiff- Petitioner