## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| THOMAS E. PEREZ,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    **Plaintiff,**<br><br>v.<br><br>THE CHILDREN'S PLACE, INC.,<br>THE CHILDREN'S PLACE, INC.<br>WELFARE BENEFIT PLAN, and<br>HENDRICK JOHANNES LAMPRECHT,<br><br>    **Defendants.** | Case No.: 8:14-cv-3236-JDW-TGW |

### MOTION TO WITHDRAW AS COUNSEL AND STAY THE CASE

**COMES NOW** counsel for the Defendant, Hendrik Johannes Lamprecht ("Lamprecht"), and pursuant to Middle District of Florida Local Rule 2.03(b), respectfully moves this Honorable Court to be removed as counsel of record, in support thereof stating:

1. The above-styled case has been resolved with respect to Lamprecht to the extent there has been a settlement agreement entered into by the Parties.

2. Since the time of settlement, Plaintiff has filed a Petition for Adjudication in Civil Contempt as to Hendrik Johannes Lamprecht ("Petition"). (Doc. 43.)

3. In sum, the basis for the Petition is non-payment of funds pursuant to the settlement agreement. (Doc. 43 ¶ 9.)

4. Undersigned counsel seeks to be relieved as counsel of record because Lamprecht has likewise not been financially able to remit payment for legal services rendered.

5. In fact, undersigned counsel has not received a payment from Lamprecht since March of 2016.

6. On January 12, 2017, undersigned counsel provided 10-days' written notice to both Lamprecht and counsel of record for the Plaintiff of the intent to withdraw as counsel, consistent with Local Rule 2.03(b).

7. Nevertheless, in the interest of maintaining her professional responsibility to Lamprecht, and despite his non-payment, the undersigned has continued to diligently represent Lamprecht.

8. However, the Court has ordered Lamprecht to respond to the Secretary of Labor's Petition for Adjudication in Civil Contempt as to Hendrik Johannes Lamprecht by February 17, 2017. (Doc. 48.)

9. Preparing a response in accordance with the Court's Order (Doc. 48) will cause the undersigned to incur additional attorneys' fees, with little chance of receiving payment therefore.

10. Nevertheless, as a final request, undersigned would respectfully ask that the Court stay any further proceedings, such as would allow Lamprecht to retain alternative counsel, should he choose to do so, or for the Court to appoint counsel, should it be deemed appropriate.

11. As indicated in the Secretary of Labor's Petition for Adjudication in Civil Contempt as to Hendrik Johannes Lamprecht, the Secretary of Labor has not received payment pursuant to the Consent Judgment and Order since it was entered on June 1, 2016. (Doc. 43 ¶ 2.)

12. Given that the Secretary of Labor has already not received payment in at least eight months a short delay to permit Lamprecht to obtain alternative counsel should not cause a substantial hardship on the Secretary of Labor or otherwise prejudice the Secretary of Labor, to the extent the Secretary has not already waived any right to recover based upon its delay in seeking relief.

WHEREFORE undersigned counsel respectfully moves this Honorable Court to permit her withdrawal as counsel on behalf of Lamprecht and stay the case for a reasonable amount of time for Lamprecht to find alternative counsel.

## MEMORANDUM OF LAW

Withdrawal of counsel is permissible on the basis of non-payment of fees. *See Gearhart v. Cmty. Readers Club of Cent. Florida, Inc.*, 2010 WL 746716 at *1 (M.D. Fla. 2010)(permitting counsel to withdraw after a motion to re-open the case and enforce settlement agreement was filed).

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), undersigned counsel conferred in good faith with counsel for the Plaintiff, Yasmin Yanthis-Bailey, with respect to this Motion. Counsel for Plaintiff has declined to consent to the withdrawal of counsel requested herein.

Respectfully submitted this 12th day of February, 2017.

             /s/ Shaina Thorpe
             Shaina Thorpe
             Florida Bar No. 0055464
             shaina@thorpelawyers.com

             THORPE & THORPE, P.A.
             112 N. East Street, Ste. A
             Tampa, Florida 33602
             Tel: (813) 400-0229
             Fax: (813) 944-5223
             *Counsel for Defendant Hendrik Johannes Lamprecht*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Yasmin K. Yanthis-Bailey, Office of the Solicitor, U.S. Department of Labor, 61 Forsyth Street S.W., Room 7T10, Atlanta, GA 30303, Yanthis-Bailey.Yasmi@dol.gov.

             /s/ Shaina Thorpe
             Attorney