UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECRETARY, U.S. DEPARTMENT OF LABOR,

    Plaintiff,

v.                                                    Case No: 8:14-CV-3236-T-27TGW

THE CHILDREN'S PLACE, INC., THE CHILDREN'S PLACE, INC. WELFARE BENEFIT PLAN and HENDRICK JOHANNES LAMPRECHT,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Motion to Withdraw as Counsel and Stay the Case (Dkt. 49). Upon consideration, the motion is **GRANTED in part** to the extent Attorney Shaina Thorpe is withdrawn as counsel for Defendant Hendrick Johannes Lamprecht and is relieved of any further responsibility as to Defendant Lamprecht, except to serve a copy of this Order and the Secretary of Labor's Petition for Adjudication in Civil Contempt on him and file a notice of his mailing address and telephone number. The request to stay the case is **DENIED**.

Defendant Lamprecht shall proceed *pro se* in this matter and is advised that his deadline to file a response which addresses the merits of the Secretary of Labor's Petition for Adjudication in Civil Contempt is extended to **February 24, 2017.** As previously advised by the Magistrate Judge, if no response is filed, it will be assumed that the petition is unopposed and it will be granted. (See Dkt. 48).

Defendant Lamprecht is also advised that *pro se* litigants are subject to the same laws, procedures and rules of court as litigants who are represented by counsel, including the Federal Rules

of Civil Procedure and the Local Rules of the U.S. District Court, Middle District of Florida.[1] *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).

Defendant Lamprecht is reminded that, although he is proceeding *pro se*, he is not relieved of any of the obligations that rest upon an attorney, and that there are many requirements with which he must comply, including those in the Federal Rules of Civil Procedure and the Local Rules. Defendant Lamprecht is cautioned that the failure to comply with these requirements and obligations can have significant consequences.

This Order does not purport to set forth all procedural requirements and should not be interpreted as limiting Defendant Lamprecht's responsibilities and obligations in litigating this case. "[I]gnorance is no hidden virtue; a *pro se* defendant must follow the rules of procedure and evidence ... and the district court has no duty to act as his lawyer ...." *United States v. Hung Thien Ly*, 646 F.3d 1307, 1315 (11th Cir. 2011) (citation omitted). Defendant Lamprecht is referred to the Court's website at http://www.flmd.uscourts.gov., specifically the section titled "Proceeding Without a Lawyer," for additional helpful information.

Defendant Lamprecht is cautioned that he must abide by and comply with all orders of this Court, the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Middle District of Florida, and any other applicable statutes and regulations. Failure to do so may result in sanctions.

**DONE AND ORDERED** this 13th day of February, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record, *Pro se* Defendant

---

[1] All filings with the Court must be in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida. The Local Rules are available for review on the Court's website at www.flmd.uscourts.gov and a copy may be obtained by visiting the Clerk's Office. The Federal Rules of Civil Procedure are available for review in the law libraries of the state and federal courthouses.