UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECRETARY, U.S. DEPARTMENT OF
LABOR
     Plaintiff,

v.                                    **Case No: 8:14-CV-3236-T-27TGW**

THE CHILDREN'S PLACE. INC, THE
CHILDRENS PLACE, WELFARE
BENEFIT PLAN and HENDRICK
JOHANNES LAMPRECHT,
     Defendants

                                                 **)**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jo Ann Palchak, Esq., and the LAW OFFICE OF JO ANN PALCHAK, P.A., hereby appear as counsel of record for Defendant, **HENDRICK JOHANNES LAMPRECHT**, in the above-styled action.

Dated:  May 23, 2017.          Respectfully submitted,

                                     /s/_____
                                     Jo Ann Palchak
                                     Fla. Bar No.:  22826
                                     The Law Office of Jo Ann Palchak, P.A.
                                     1725 ½ E. 7th Ave.
                                     Suite 6
                                     Tampa, Florida 33605
                                     (813) 468-4884
                                     jpalchak@palchaklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served by electronic mail and through the Middle District Electronic Court Filing on Yasmin Yanthis-Bailey, Attorney U.S. Department of Labor, Office of the Solicitor, 61 Forsyth Street, S.W. Room 7T10 Atlanta, GA 30303 Telephone: 404-302-5449, Fax: 404-302-5438 at electronic mail of yanthis-bailey.yasmin@dol.gov on May 23, 2017.

                      /s/_____

                                            J. Palchak, Attorney

1