UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS PEREZ,
Sec'y of Labor,
United States Dept. of Labor,
Petitioner,

v.  Case No. 8:14-CV-3236-T-27TGW

HENDRICK LAMPRECHT,
Respondent

## O R D E R

THIS CAUSE came on for consideration upon the Secretary of Labor's Motion and Brief in Support of his Motion to Withdraw without Prejudice his Petition for Adjudication in Civil Contempt as Hendrick Johannes Lamprecht (Doc. 63). The Secretary of Labor indicates that Hendrick Johannes Lamprecht has been in compliance with a payment schedule and, therefore, seeks to withdraw the petition for contempt. Accordingly, the motion will be granted.

It is, therefore, upon consideration,

ORDERED:

1. That the Secretary of Labor's Motion and Brief in Support of his Motion to Withdraw without Prejudice his Petition for Adjudication in Civil Contempt as Hendrick Johannes Lamprecht (Doc. 63) be, and the same

is hereby, **GRANTED** and the Secretary's petition to hold Hendrick Johannes Lamprecht in contempt will be withdrawn.

2. That the hearing regarding the Secretary of Labor's petition for contempt scheduled for **August 9, 2017**, is hereby **CANCELLED**.

DONE and ORDERED at Tampa, Florida, this 7th day of August, 2017.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE